UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDER E. WALKER, ON BEHALF
OF HIMSELF AND OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

-vs-                                        Case No. 6:07-cv-492-Orl-28DAB

HOME AT LAST OF BREVARD, INC.,
ALVIN PAYNE,

                Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 16) filed August 20, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 21, 2007 (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The settlement terms with respect to the unpaid overtime claims (but not the unsigned settlement agreement) are **APPROVED** as a "fair and reasonable resolution of a bona fide dispute" of the Fair Labor Standards Act issues.

3. All pending motions are denied as moot and this case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12 day of September, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party